Andrew W. Sorensen, No. 078266
Ryan D. Libke, No. 193742
LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, EILEEN TISO, dba THE REAL ESTATE NETWORK (erroneously sued herein as REAL ESTATE NETWORK, INC.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SMITH,<br><br>            Plaintiff,<br><br>      vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AGREEMENT DATED AS OF MAY 1, 2006 MORGAN STANLEY ABS CAPITAL 1 INC., TRUST 2006 HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006 HE3, a corporation; EXECUTIVE TRUSTEE SERVICES, LLC fka EXECUTIVE TRUSTEE SERVICES, INC. (A GMAC COMPANY), a limited liability company; BARCLAY'S CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING, a corporation; REAL ESTATE NETWORK, INC., a California corporation; and Does 1 through 50, inclusive,<br><br>            Defendants. | Case No.:  1:12-cv-01795-AWI-SMS<br><br>**STIPULATION FOR GOOD FAITH SETTLEMENT AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record that the settlement set forth on the attached Stipulation,

attached as Exhibit A, was entered into in good faith, prior to the removal of the action to Federal Court.

DATED: November 13, 2012

                                 EMERSON, COREY, SORENSEN,
                                      CHURCH & LIBKE

                            By /s/ Andrew W. Sorensen
                               Andrew W. Sorensen
                               Ryan D. Libke
                               Attorneys for Defendant,
                               EILEEN TISO dba
                               THE REAL ESTATE NETWORK

**ORDER**

IT IS HEREBY ORDERED that the settlement agreement described in the Stipulation for Good Faith Settlement, attached as Exhibit A was made and entered into in good faith between the parties to the agreement, and within the meaning and effect of Code of Civil Procedure section 877.6.

IT IS SO ORDERED.

Dated: November 14, 2012                      _____
                                           UNITED STATES DISTRICT JUDGE