1 Andrew W. Sorensen, No. 078266
Ryan D. Libke, No. 193742
LAW OFFICES OF
2 **EMERSON, COREY, SORENSEN,**
**CHURCH & LIBKE**
3 2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
4 Facsimile:   (559) 432-7639

5 Attorneys for Defendant, EILEEN TISO, dba THE REAL ESTATE NETWORK (erroneously sued herein as REAL ESTATE NETWORK, INC.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SMITH,<br><br>            Plaintiff,<br><br>    vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AGREEMENT DATED AS OF MAY 1, 2006 MORGAN STANLEY ABS CAPITAL 1 INC., TRUST 2006 HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006 HE3, a corporation; EXECUTIVE TRUSTEE SERVICES, LLC fka EXECUTIVE TRUSTEE SERVICES, INC. (A GMAC COMPANY), a limited liability company; BARCLAY'S CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING, a corporation; REAL ESTATE NETWORK, INC., a California corporation; and Does 1 through 50, inclusive,<br><br>            Defendants. | Case No.:  1:12-cv-01795-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

    IT IS HEREBY STIPULATED by and between the plaintiff, DOUGLAS SMITH and EILEEN TISO dba THE REAL ESTATE NETWORK, through her counsel, that plaintiff

Stipulation for Dismissal and Order                                    Page 1

DOUGLAS SMITH may dismiss the above-entitled action, with prejudice, as against EILEEN TISO dba THE REAL ESTATE NETWORK only.

DATE: December 11, 2012

By /s/ Douglas Smith
Douglas Smith
Plaintiff in Pro Per

DATED: December 11, 2012

EMERSON, COREY, SORENSEN, CHURCH & LIBKE

By /s/ Andrew W. Sorensen
Andrew W. Sorensen
Ryan D. Libke
Attorneys for Defendant,
EILEEN TISO dba
THE REAL ESTATE NETWORK

**ORDER**

The Court, having considered the parties' Stipulation for Dismissal that plaintiff, DOUGLAS SMITH may dismiss the above-entitled action, with prejudice, as against EILEEN TISO dba THE REAL ESTATE NETWORK only.

IT IS SO ORDERED.

Dated:  December 13, 2012

UNITED STATES DISTRICT JUDGE