**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE BANK NATIONAL TRUST, ) <br> COMPANY et al., ) <br> ) <br> Defendants. ) <br> _____) | 1:12-cv-01795-AWI-SMS <br><br> ORDER VACATING HEARING <br> DATE AND TAKING MATTER <br> UNDER SUBMISSION <br><br> (Docs. 9, 16) |

Defendants Deutsche Bank National Trust Company et al. have filed a motion (doc. 9) to dismiss the fourth amended complaint, currently set for hearing on Monday, February 25, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). Accordingly, the previously scheduled hearing date of February 25, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision. Plaintiff Douglas Smith's motion to continue the hearing date on the motion to dismiss (doc. 16), filed February 11, 2013, is therefore DENIED as moot.

IT IS SO ORDERED.

Dated:   February 20, 2013

SENIOR DISTRICT JUDGE