IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SMITH,              )<br>                                         )<br>          Plaintiff,               )<br>                                         )<br>     v.                                 )<br>                                         )<br>DEUTSCHE BANK NATIONAL TRUST )<br>COMPANY SERVING AS TRUSTEE )<br>UNDER POOLING AGREEMENT )<br>DATED MAY 1, 2006, et al.,     )<br>                                         )<br>          Defendants.          )<br>_____) | 1:12-cv-01795-AWI-SMS<br><br>ORDER REFERRING TO<br>MAGISTRATE JUDGE FOR<br>RESOLUTION OF MATTER<br><br>(Doc. 22) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On April 12, 2013, plaintiff Douglas Smith filed a motion (doc. 22) with the District Judge to remand this action to state superior court for lack of subject matter jurisdiction. In accordance with Eastern District Local Rules 302 and 303, the Court hereby refers the motion to the Magistrate Judge for resolution of this matter in the form of findings and recommendations to the Court. The Magistrate Judge may set the hearing date as necessary.

IT IS SO ORDERED.

Dated:   April 18, 2013

_____
SENIOR  DISTRICT  JUDGE