**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS SMITH,  )<br>                                               )<br>           Plaintiff,               )<br>                                               )<br>     v.                                      )<br>                                               )<br>DEUTSCHE BANK NATIONAL TRUST )<br>COMPANY SERVING AS TRUSTEE )<br>UNDER POOLING AGREEMENT )<br>DATED MAY 1, 2006, et al.,       )<br>                                               )<br>           Defendants.           )<br>_____) | 1:12-cv-01795-AWI-SMS<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS<br>AND REMANDING ACTION<br><br>(Doc. 30) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On April 1, 2009, plaintiff Douglas Smith ("Plaintiff") commenced this action in Madera County Superior Court against defendants Deutsche Bank National Trust Company as Trustee Under Pooling Agreement dated May 1, 2006, Morgan Stanley ABS Capital I Inc., Trust 2006 HE3, Barclays Capital Real Estate Inc., Real Estate Network, Inc., and Executive Trustee Services, LLC (collectively, "Defendants"), asserting causes of action for fraud, deceit, wrongful foreclosure, and predatory lending in violation of the Truth in Lending Act ("TILA," 15 U.S.C. §§ 1601 et seq.). On July 17, 2009, Defendants removed the action to this Court. Plaintiff subsequently filed an amended complaint omitting the TILA cause of action, and the case was remanded back to the superior court. On June 27, 2012, after going through several iterations of the complaint, Plaintiff was granted leave to file a fourth amended complaint adding a cause of action for violation of the National Housing

Act, 12 U.S.C. § 1701x(c)(5). On November 1, 2012, before the fourth amended complaint was filed and served, Defendants once again removed the action to this Court pursuant to 28 U.S.C. § 1331.

On January 18, 2013, Defendants filed a motion to dismiss the complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). On April 12, 2013, while the motion to dismiss was under submission, Plaintiff filed a motion to remand the case to state court for lack of subject matter jurisdiction. Plaintiff's motion was referred to the Magistrate Judge for findings and recommendations. On July 24, 2013, the Magistrate Judge issued findings and recommendations (doc. 30) recommending Plaintiff's motion to remand be granted and this action remanded to state court. Objections to the findings and recommendations were due within 30 days of service of the recommendation. As of 8:30 a.m. PDT August 26, 2013, no objections had been filed by any party.

As to a magistrate judge's findings and recommendations, the Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations[.]" 28 U.S.C. § 636(b)(1). The Court "may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id*. The Court has conducted a de novo review of the case in accordance with the provisions of 28 U.S.C. § 636(b)(1) and Eastern District Local Rule 305. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds the Magistrate Judge's recommendation Plaintiff's motion to remand be granted and this action remanded to Madera County Superior Court to be supported by the record and proper analysis. Accordingly, the Court ADOPTS the findings and recommendations issued July 24, 2013 (doc. 30) in full, GRANTS Plaintiff's April 12, 2013 motion to remand (doc. 22) and REMANDS this action to Madera County Superior Court. The Court respectfully directs the Clerk of Court to terminate Defendants' pending motion to dismiss (doc. 9) and close the case.

IT IS SO ORDERED.

Dated:   August 26, 2013

_____
SENIOR DISTRICT JUDGE

2